IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BLAINE HOBGOOD**                                               **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO.: 1:11-cv-00252-LG-RHW**

**OFFICERS TROY BORDELON, CLAY NECAISE,
JOSH POYADOU, ZENAS CAPPIE AND
PATRICK BARBER, INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITY AS DULY COMMISSIONED
POLICE OFFICERS FOR THE CITY OF WAVELAND,
MS; POLICE CHIEF JAMES A. VARNELL,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY
AS A DULY COMMISSIONED POLICE OFFICER FOR
THE CITY OF WAVELAND, MS; DAVID GARCIA,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY
AS MAYOR OF THE CITY OF WAVELAND, MS;
THE CITY OF WAVELAND, MS; AND UNKNOWN
JOHN AND JANE DOES A-Z**                                     **DEFENDANTS**

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1)(ii), that the above-entitled action, Civil Action No. 1:11cv00252(LG)(RHW), may be dismissed with prejudice, pursuant to the terms of a Release of Claims and Settlement Agreement entered into between the Parties, which Agreement includes full provisions for any and all claims of attorneys' fees and costs arising in this action. The Parties further agree that based on the foregoing Stipulation, the Court may enter an Order dismissing this cause with prejudice.

                                                         Respectfully submitted,

                                                         */s/ Robert W. Moak*
                                                         ROBERT W. MOAK
                                                         Attorney for Plaintiff

          */s/ Gary E. Friedman*
          GARY E. FRIEDMAN
          W. BRETT HARVEY
          Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I, GARY E. FRIEDMAN, do hereby certify that on October 21, 2013 I electronically filed the above and foregoing *STIPULATION OF DISMISSAL* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel of record:

    Bobby W. Moak
    LAW OFFICE OF BOBBY MOAK, PC
    402 Monticello Street
    P.O. Box 242
    Bogue Chitto, MS 39629
    (601) 734-2566
    bmoak@locnet.net

    ***ATTORNEY FOR PLAINTIFF***

SO CERTIFIED, this the 21st day of October, 2013.

          */s/ Gary E. Friedman*
          GARY E. FRIEDMAN