IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BLAINE HOBGOOD**                                                                    **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO: 1:11-cv-00252-LG-RHW**

**OFFICERS TROY BORDELON, CLAY NECAISE,
JOSH POYADOU, ZENAS CAPPIE AND
PATRICK BARBER, INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITY AS DULY COMMISSIONED
POLICE OFFICERS FOR THE CITY OF WAVELAND,
MS; POLICE CHIEF JAMES A. VARNELL,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY
AS A DULY COMMISSIONED POLICE OFFICER FOR
THE CITY OF WAVELAND, MS; DAVID GARCIA,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY
AS MAYOR OF THE CITY OF WAVELAND, MS;
THE CITY OF WAVELAND, MS; AND UNKNOWN
JOHN AND JANE DOES A-Z**                              **DEFENDANTS**

## ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by the Parties with the Clerk of the Court in Civil Action No. 1:11-cv-00252(LG)(RHW), and as further evidenced by the signatures of their duly authorized counsel of record on the Stipulation of Dismissal, the Court holds that all claims of all Parties should be dismissed in their entirety with prejudice.

IT IS, THEREFORE, ORDERED that this cause is dismissed in its entirety with prejudice.

SO ORDERED, this the 22nd day of October, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

_/s/ Robert W. Moak_
ROBERT W. MOAK


_/s/ Gary E. Friedman_
GARY E. FRIEDMAN
W. BRETT HARVEY

PD.10591593.1